AO 91 (Rev. 11/11) Criminal Complaint

KJC

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Darryl Albert Varnum<br><br>*Defendant(s)* | Case No.  **19-2251 JMC** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 26, 2019__ in the county of __Carroll__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) | Threatening An Official |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

FILED
LOGGED
ENTERED
RECEIVED
JUL 05 2019
BY CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

*Complainant's signature*

Sean Wilson, Special Agent U.S. Capital Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/5/19

City and state: Baltimore, Maryland

*Judge's signature*

J.Mark Coulson, U.S. Magistrate Judge
*Printed name and title*