KOG:2019R00473

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-19-033 |
| | * | (Threat Against Federal Official, 18 |
| | * | U.S.C. 115(a)(1)(B)) |
| DARRYL ALBERT VARNUM, | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about June 26, 2019, in the District of Maryland and elsewhere, the defendant

**DARRYL ALBERT VARNUM**

did threaten to murder Person #1, a member of the United States House of Representatives, with intent to impede, intimidate, and interfere with Person #1 while Person #1 was engaged in the performance of Person #1's official duties and with intent to retaliate against Person #1 on account of the performance of Person #1's official duties, in violation of Title 18, United States Code, Section 115.

18 U.S.C. § 115(a)(1)(B)

Robert K. Hur
United States Attorney

A TRUE BILL:

Date July 17, 2019

**SIGNATURE REDACTED**
Foreperson