PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

United States of America )
)
vs. )
)
Darryl Varnum )  Case No. RDB-19-0337

### ORDER MODIFY CONDITIONS OF RELEASE

Per my telephone conversation with Your Honor on August 7, 2019 this Order is to clarify the following:

The defendant's curfew is to be monitored by the location monitoring program. All other release conditions remain in full force and effect.

_Kenneth Langston_                                           August 9, 2019
Signature of U.S. Pretrial Services Officer                   Date

_Stacy R. Kirkuy_                                             August 9, 2019
Signature of Supervisory U.S. Pretrial Services Officer        Date

☑ The above modification of conditions of release is ordered, to be effective on   8-9-19  .

☐ The above modification of conditions of release is *not* ordered.

_[signed]_                                                    8-13-19
Signature of Judicial Officer                                  Date