KOG:2019R00473

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP 18  PM 2:37

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

DARRYL ALBERT VARNUM,

Defendant

CRIMINAL NO. RDB-19-0337

(Threat Against Federal Official, 18
U.S.C. § 115(a)(1)(B); Threatening
Interstate Communication, 18 U.S.C. §
875(c))

*******

## SUPERSEDING INDICTMENT

### COUNT ONE

(Threat Against Federal Official)

The Grand Jury for the District of Maryland charges that:

On or about June 26, 2019, in the District of Maryland and elsewhere, the defendant

**DARRYL ALBERT VARNUM**

did threaten to murder Person #1, a member of the United States House of Representatives, with intent to impede, intimidate, and interfere with Person #1 while Person #1 was engaged in the performance of Person #1's official duties and with intent to retaliate against Person #1 on account of the performance of Person #1's official duties, in violation of Title 18, United States Code, Section 115.

18 U.S. C. § 115(a)(1)(B)

1

## COUNT TWO

(Threat in Interstate Communication)

And the Grand Jury for the District of Maryland further charges:

On or about June 26, 2019, in the District of Maryland and elsewhere, the defendant,

### DARRYL ALBERT VARNUM

knowingly and willfully did transmit and cause to be transmitted in interstate and foreign commerce from the State of Maryland to the State of Florida, a communication that contained a threat to injure the person of another, to wit: a communication made by cellular telephone in which the defendant threatened to murder a member of the United States House of Representatives.

18 U.S.C. § 875(c)

_Robert K. Hur_
Robert K. Hur
United States Attorney

A TRUE BILL:

September 18, 2019
Date

**SIGNATURE REDACTED**
Foreperson