UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-19-0337 |
| DARRYL ALBERT VARNUM | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER REGARDING USE OF VIDEOCONFERENCING FOR SENTENCING

In Accordance with Standing Order 2020-06, as extended by Amended Standing Order 2020-15, this Court finds that the Defendant Darryl Albert Varnum has consented to the use of video teleconferencing to conduct his Sentencing in this case. Counsel for the Defendant has filed the appropriate waiver pursuant to Rule 43(c)(1)(B) of the Federal Rules of Criminal Procedure (ECF#51);

Specifically, this Court finds that the proceeding to be held on Tuesday, July 7, 2020 cannot be further delayed without serious harm to the interests of justice for the specific reason that the Defendant is immunocompromised and is on release and does not want to risk being potentially endangered by the COVID-19 Coronavirus and the current Pandemic. He has consented to proceed by way of video teleconference which is available to him so that he may expedite his Sentencing and his transfer to the Bureau of Prisons to serve his sentence.

ACCORDINGLY, IT IS HEREBY ORDERED this 2nd day of July 2020 that the Sentencing WILL PROCEED BY VIDEO TELECONFERENCING.

/s/
Richard D. Bennett
United States District Judge